# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| ANDREA HOUSER, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil No. 4:18-cv-241-ALM-KPJ |
| § | |
| CASTLE MONTESSORI SCHOOLS, INC., § | |
| § | |
| Defendant. § | |

## ORDER

On November 7, 2019, the parties filed a Joint Status Report (Dkt. 65) with the Court, stating the parties have entered into a confidential settlement agreement to fully resolve the case after the performance of certain obligations. *See* Dkt. 65. Since the last obligation under the parties' settlement agreement is due on or before March 31, 2020, the parties request permission to move for dismissal at that time, and that the Court defer ruling on the pending post-judgment motions (Dkts. 55, 59). *See id*.

**IT IS THEREFORE ORDERED** that this matter shall be **ADMINISTRATIVELY CLOSED** based on the parties' pending settlement agreement.

**IT IS FURTHER ORDERED** that within fourteen (14) days of the sooner of March 31, 2020, or the completion of all obligations under the parties' settlement agreement, the parties shall move for dismissal or file a status report with the Court if further proceedings are necessary.

So ORDERED and SIGNED this 25th day of November, 2019.

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE