IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ANDREA HOUSER, § | |
| § | |
| Plaintiff, § | |
| § | |
| v.  § | NO. 4:18-cv-00241-ALM-KPJ |
| § | |
| CASTLE MONTESSORI SCHOOLS § | |
| INC., § | |
| Defendant. § | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND RELEASE OF JUDGMENT**

TO THE HONORABLE COURT:

Plaintiff Andrea Houser and Defendant Castle Montessori Schools, Inc. have reached a settlement to resolve all issues and claims in the above-referenced case. (*See* Dkt. No. 65.) Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate and agree to dismiss this action with prejudice, with each party to bear its own costs, attorneys' fees, and expenses. Furthermore, Plaintiff hereby forever releases and discharges the judgment in this case (Dkt. No. 54) and declares that any obligations thereunder have been fully and finally satisfied. Under Rule 41, as all parties have signed, this stipulation is effective without a court order.

Respectfully Submitted,

**/s/ Robert (Bobby) Lee**
**Robert (Bobby) Lee**
State Bar No. 00787888
lee@l-b-law.com
**Megan Dixon**
State Bar No. 24079901
dixon@l-b-law.com
**LEE & BRAZIEL, LLP**
1910 Pacific Ave., Ste. 12000
Dallas, TX 75201
Tel:  (214) 749-1400
Fax:  (214) 749-1010

*Attorneys for Plaintiff*

and

**/s/ Andrew W. Guthrie**
**Richard D. Anigian**
rick.anigian@haynesboone.com
**Andrew W. Guthrie**
andrew.guthrie@haynesboone.com
**HAYNES AND BOONE, LLP**
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
214-651-5000 Telephone
214-651-5940 Facsimile

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

   This is to certify that a true and correct copy of the foregoing instrument was served upon all counsel via electronic service pursuant to the Federal Rules of Civil Procedure on this 14th day of April, 2020.

              /s/ *Megan Dixon*
              Megan Dixon